ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Petition of - | ) | |
| | ) | |
| Novielli Boat Builders Inc. | ) | ASBCA No. 63795-PET |
| | ) | |
| Under Contract No. FA5270-23-P-0024 | ) | |

APPEARANCE FOR THE PETITIONER:    Mr. Benjamin Staubs
                                  Senior Contract MGR

APPEARANCE FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
                                  Air Force Deputy Chief Trial Attorney

ORDER OF DISMISSAL

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on its 2023 claims. By email correspondence on January 17, 2024, the contractor requested that the above caption petition be converted into an appeal. Accordingly, the Board dismisses this petition as moot. A notice of docketing for the related appeal will be forthcoming.

Dated: January 25, 2024

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur                                          I concur

_____                  _____
MICHAEL N. O'CONNELL                             THOMAS P. MCLISH
Administrative Judge                             Administrative Judge
Acting Vice Chairman                             Armed Services Board
Armed Services Board                             of Contract Appeals
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 63795-PET, Petition of Novielli Boat Builders Inc., rendered in conformance with the Board's Charter.

Dated:  January 25, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals